"VIA FAX"

Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 17 PM 3:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EQ
            DEPUTY

| | |
|---|---|
| DIANE KNIGHT and MORGAN KNIGHT, wife and husband, | |
| vs | SUMMONS IN A CIVIL ACTION |
| ELI LILLY AND COMPANY, an Indiana corporation. | Case No. '08 CV 1075 BEN CAB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert F. Clarke, Phillips & Associates
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012 / Tel: (602) 258-8900; Fax: (602) 288-1632

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              JUN 17 2008
        CLERK                                           DATE

By B. LLOYD , Deputy Clerk

Summons in a Civil Action                                                Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)